Date of Arrest: 03/22

# United States District Court

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Angel CAYETANO-Bermejo AKA: None Known 095681974 YOB: 1989 Citizen of: Mexico Defendant | Magistrate Case No. 18-1268MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about March 22, 2018 Defendant Angel CAYETANO-Bermejo, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about September 24, 2009. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Lane Uhl

Signature of Complainant
Christopher Wright
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

March 23, 2018            at   Yuma, Arizona
Date                            City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Angel CAYETANO-Bermejo
AKA: None Known
095681974

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 22, 2018, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Lancaster, California on or about December 20, 2007. The Defendant was most recently removed on or about September 24, 2009, through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of California, County of Monterey, on or about September 15, 2009, for the crime of Burglary: Second Degree, a felony.

Agents determined that on or about March 22, 2018, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 23, 2018
Date

Signature of Judicial Officer

-2-